THE HONORABLE JUDGE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| DERICK D'HAITI,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>PHILIPS NORTH AMERICA LLC d/b/a PHILIPS HEALTHCARE, a Delaware limited-liability company; ABC Company and XYZ Company,<br><br>　　　　　　　　　　　Defendants. | NO. 2:20-CV-00358-RSM<br><br>STIPULATED MOTION AND ORDER FOR CONTINUANCE OF DEADLINE TO JOIN ADDITIONAL PARTIES<br><br>NOTE FOR MOTION CALENDAR:<br>June 11, 2020 |

## **STIPULATED MOTION**

The parties in the above-captioned action, Derick D'Haiti (hereinafter "Plaintiff") and Philips North America LLC d/b/a Philips Healthcare (hereinafter "Philips"), by and their undersigned counsel of record, hereby submit this stipulated motion pursuant to LCR 10(g) to continue the dead to join additional parties from June 15, 2020 to August 15, 2020.

Plaintiff in this matter alleges that on December 24, 2018, while working at a Philips building, he slipped and fell on a freshly waxed floor. Plaintiff further alleges that he suffered injuries because of the fall and that the incident was caused due to Philips negligent actions.

Philips is attempting to identify the individuals who waxed the floor and their employer and requests an additional sixty (60) days to identify the individual's employer and join it as a potential party in this litigation. This is the parties first request for an extension of case deadlines and is not the result of lack of diligence, as the parties have exchanged written discovery and are awaiting responses.

Therefore, the parties stipulate to a continuance of the deadline to join additional parties from June 15, 2020 to August 15, 2020.

**IT IS SO STIPULATED:**

| EMERALD LAW GROUP, PLLC | HOLT WOODS & SCISCIANI LLP |
|---|---|
| *s/ Donna L. Mack* | *s/ Charissa R. Williams* |
| Donna L Mack, WSBA No. 30875 | Anthony R. Scisciani III, WSBA No. 32342 |
| Attorney for Plaintiff | Kelsey L. Shewbert, WSBA No. 51214 |
| | Charissa R. Williams, WSBA No. 54879 |
| | Attorneys for Philips North America LLC |
| | d/b/a Philips Healthcare |

**IT IS SO ORDERED:**

Based on the foregoing Stipulation, IT IS HEREBY ORDERED that the deadline to join additional parties shall be continued until August 15, 2020.

DATED this 12th day of June, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I certify under penalty of perjury under the laws of the State of Washington, that the following is true and correct:

I am employed by the law firm of Holt Woods & Scisciani LLP.

At all times hereinafter mentioned, I was and am a citizen of the United States of America, a resident of the State of Washington, over the age of eighteen (18) years, not a party to the above-entitled action, and competent to be a witness herein.

On the date set forth below I served the document(s) to which this is attached, in the manner noted on the following person(s):

| PARTY/COUNSEL | DELIVERY INSTRUCTIONS |
|---|---|
| **CO / Plaintiff**<br>Donna L. Mack, WSBA No. 30875<br>Emerald Law Group, PLLC<br>811 1st Avenue, Suite 510<br>Seattle, WA 98104-1428 | (   )   Via U.S. Mail<br>( X )   Via E-Mail<br>(   )   Via Facsimile<br>(   )   Via Overnight Mail<br>( X )   Via CM/ECF<br>donna@emeraldlawgroup.com |

DATED this 11th day of June, 2020.

*s/ Jessica Heath*
Jessica Heath, Legal Secretary