IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| DERICK D'HAITI,<br><br>                                                         Plaintiff,<br><br>    v.<br><br>PHILIPS NORTH AMERICA LLC d/b/a PHILIPS HEALTHCARE, a Delaware limited-liability company; JONES LANG LASALLE AMERICAS, INC., a Maryland Corporation; ABM INDUSTRIES INCORPORATED, a Delaware corporation; ABC Company and XYZ Company,<br><br>                                                         Defendants. | NO. 2:20-CV-00358-RSM<br><br>ORDER GRANTING STIPULATED CONTINUANCE |

This matter is before the Court on the stipulated motion of the parties seeking to continue the trial date and associated deadlines. Dkt. #29. The parties indicate that the continuance is necessary because discovery has led Plaintiff to pursue his action against two additional defendants and because of discovery delays related to the ongoing COVID-19 pandemic. *Id.* at 2. The Court finds that good cause supports modification of the scheduling order in this matter.

ORDER GRANTING CONTINUANCE – Page 1

Accordingly, and having considered the stipulated motion of the parties and the remainder of the record the Court finds and ORDERS that the Stipulated Motion to Continue Trial (Dkt. #29) is GRANTED. The trial date and associated deadlines are continued until the dates indicated below:

| | |
|---|---|
| **JURY TRIAL** | **August 30, 2021** |
| Length of Trial | 4 days |
| Plaintiff's Expert Witness Disclosure/Reports Under FRCP 26(a)(2) Due | January 15, 2021 |
| Defendants' Expert Witness Disclosure/Reports Under FRCP 26(a)(2) Due | February 12, 2021 |
| Rebuttal Expert Disclosures | March 12, 2021 |
| All motions related to discovery noted pursuant to LCR 7(d)(3) | April 8, 2021 |
| Deadline to Complete Discovery | April 30, 2021 |
| All dispositive motions and motions challenging Expert witness testimony must be filed by | May 27, 2021 |
| All motions *in limine* must be filed by | July 30, 2021 |
| Agreed Pretrial Order due | August 10, 2021 |
| Pretrial Conference | Set by the Court |
| Trial Briefs, proposed jury instructions, proposed voir dire, agreed neutral statement of the case, deposition designations, and trial exhibits due | August 20, 2021 |

Dated this 30th day of November, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING CONTINUANCE – Page 2