THE HONORABLE JUDGE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| DERICK D'HAITI,<br><br>  Plaintiff,<br><br>  v.<br><br>PHILIPS NORTH AMERICA LLC d/b/a PHILIPS HEALTHCARE, a Delaware limited-liability company; JONES LANG LaSALLE AMERICAS, INC., a Maryland corporation; ABM INDUSTRIES INCORPORATED, a Delaware corporation; ABC Company and XYZ Company,<br><br>  Defendants | No. 2:20-CV-00358-RSM<br><br>ORDER GRANTING JOINT STIPULATED MOTION TO EXTEND EXPERT WITNESS DISCLOSURE DEADLINE<br><br>NOTING DATE: JANUARY 15, 2021 |

**ORDER**

THIS MATTER having come before the Court on the parties' Joint Stipulated Motion to Extend Expert Disclosure Deadline, the Court being fully advised in all matters, and having reviewed the files and records herein, and finding good cause exists to extend the deadlines to disclose expert witnesses/reports under FRCP 26(a)(2), it is hereby

ORDERED that the deadlines to disclose experts and reports under FRCP 26(a)(2) be extended as follows:

Plaintiff's Deadline:  Extended from January 15, 2021, to March 12, 2021

Defendants' Deadline:  Extended from February 12, 2021, to April 9, 2021

Deadline for Rebuttal Experts:  Extended from March 12, 2021 to May 7, 2021

DATED this 19th day of January, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by
EMERALD LAW GROUP, PLLC

 /s/ Donna L. Mack
Donna L. Mack, WSBA No. 30875
Attorneys for Plaintiff


HOLT WOODS & SCISCIANI, LLP


 /s/ Charissa Williams
Anthony R. Scisciani III, WSBA No. 32342
Kelsey L. Shewbert, WSBA No. 51214
Charissa R. Williams, WSBA No. 54879
Attorneys for Philips North America LLC d/b/a Philips Healthcare

| ORDER GRANTING JOINT STIPULATED MOTION TO EXTEND EXPERT WITNESS DISCLOSURE DEADLINES<br>NO. 2:20-DV-OO358 RSM<br>PAGE 2 OF 3 | **EMERALD LAW GROUP, PLLC**<br>811 FIRST AVE., SUITE 510<br>SEATTLE, WA 98104<br>TEL: (206) 826-5160<br>FAX: (206) 922-5598 |
|---|---|

1  REED McCLURE

2

3  */s/ Jason E. Vacha*

4  Jason E Vacha, WSBA No. 34069
Attorneys for Defendant ABM Industries, Inc.

5

6  ANDREWS SKINNER, PS

7

8  */s/ Stephen Skinner*
Stephen Skinner, WSBA No. 17317
Attorneys for Defendant Jones Lang LaSalle America, Inc.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

| ORDER GRANTING JOINT STIPULATED MOTION TO EXTEND EXPERT WITNESS DISCLOSURE DEADLINES NO. 2:20-DV-OO358 RSM PAGE 3 OF 3 | **EMERALD LAW GROUP, PLLC**<br>811 FIRST AVE., SUITE 510<br>SEATTLE, WA 98104<br>TEL: (206) 826-5160<br>FAX: (206) 922-5598 |
|---|---|