THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DERICK D'HAITI,<br><br>        Plaintiff,<br><br>  vs.<br><br>PHILIPS NORTH AMERICA LLC d/b/a PHILIPS HEALTHCARE, a Delaware limited-liability company; JONES LANG LASALLE AMERICAS, INC., a Maryland Corporation; ABM INDUSTRIES INCORPORATED, a Delaware corporation; ABC Company and XYZ Company,<br><br>        Defendant. | NO. 2:20-CV-00358-RSM<br><br>ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL |

TO:      THE CLERK OF COURT

AND TO:  ALL PARTIES AND COUNSEL OF RECORD

      Based upon the above Stipulation, it is hereby ORDERED, ADJUDGED, and DECREED that Stephen G. Skinner of Andrews Skinner, P.S. is hereby withdrawn as counsel for Defendant Jones Lang LaSalle Americas, Inc. in this matter.

ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL - 1

GARDNER TRABOLSI & MORDEKHOV PLLC
A T T O R N E Y S
2200 SIXTH AVENUE, SUITE 600
SEATTLE, WASHINGTON 98121
TELEPHONE (206) 256-6309
Facsimile (206) 256-6318

It is also hereby ORDERED, ADJUDGED, and DECREED that David D. Mordekhov of GARDNER TRABOLSI & MORDEKHOV PLLC is substituted as counsel for Defendant Jones Lang LaSalle Americas, Inc. in this matter.

IT IS SO ORDERED.

DATED this 23rd day of February 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by
GARDNER TRABOLSI & MORDEKHOV PLLC

*/s/ David D. Mordekhov*
David D. Mordekhov, WSBA #32900
Attorney for Defendant Jones Lang LaSalle Americas, Inc.

ANDREWS SKINNER, PS

*/s/ with authority*
Stephen Skinner, WSBA No. 17317
Attorneys for Defendant Jones Lang LaSalle America, Inc.


EMERALD LAW GROUP, PLLC

*/s/ with authority*
Donna L. Mack, WSBA No. 30875
Attorneys for Plaintiff

REED McCLURE

ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL - 2

GARDNER TRABOLSI & MORDEKHOV PLLC
ATTORNEYS
2200 SIXTH AVENUE, SUITE 600
SEATTLE, WASHINGTON 98121
TELEPHONE (206) 256-6309
Facsimile (206) 256-6318

**1**  */s/ with authority*_____
Jason E Vacha, WSBA No. 34069
**2**  Attorneys for Defendant ABM Industries, Inc.

**3**  HOLT WOODS & SCISCIANI, LLP

**4**   */s/ with authority*_____
Anthony R. Scisciani III, WSBA No. 32342
**5**  Kelsey L. Shewbert, WSBA No. 51214
Charissa R. Williams, WSBA No. 54879
**6**  Attorneys for Philips North America LLC d/b/a Philips Healthcare

**7**

**8**

**9**

**10**

**11**

**12**

**13**

**14**

**15**

**16**

**17**

**18**

**19**

**20**

**21**

**22**

**23**

**24**

**25**

ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL - 3

G<small>ARDNER</small> T<small>RABOLSI</small> & M<small>ORDEKHOV</small> PLLC
A T T O R N E Y S
2200 S<small>IXTH</small> A<small>VENUE</small>, S<small>UITE</small> 600
S<small>EATTLE</small>, W<small>ASHINGTON</small> 98121
T<small>ELEPHONE</small> (206) 256-6309
Facsimile (206) 256-6318