HONORABLE RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DERICK D'HAITI,<br><br>               Plaintiff,<br><br>vs.<br><br>PHILIPS NORTH AMERICA LLC d/b/a PHILIPS HEALTHCARE, a Delaware limited-liability company; JONES LANG LASALLE AMERICAS, INC., a Maryland Corporation; ABM INDUSTRIES INCORPORATED, a Delaware corporation; ABC Company and XYZ Company,<br><br>               Defendants. | NO. 2:20-CV-00358-RSM<br><br>STIPULATED MOTION TO AMEND ORDER SETTING TRIAL DATE AND RELATED DATES<br><br>Motion Date: March 9, 2021 |

**STIPULATED MOTION**

The parties, by and through their undersigned counsel, stipulate and move that the deadlines set by the Court's Order Granting Stipulated Continuance (Dkt. 30, Nov. 30, 2020, *amended in part by* O. Granting Joint Stipulated Mot. to Extend Expert Witness Disclosure Deadlines, Dkt. 32, Jan. 19, 2021) should be amended to postpone the Trial Date & Related Dates by ninety (90) days. This Motion is made pursuant to LCR 10(g), stipulation of the parties, and the following facts and argument.

Stipulated Motion to Amend Order Setting Trial Date and
Related Dates – 1
Case: 2:20-CV-00358-RSM

032491.000013 D'Haiti C20-1258 stip order amd trial date

REED McCLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98161-1087
(206) 292-4900; FAX (206) 223-0152

Plaintiff in this matter alleges that on December 24, 2018, while working at a Philips building, he slipped and fell on a freshly waxed floor. Plaintiff further alleges that he suffered injuries because of the fall and that the incident was caused due to Philips' negligence. On August 8, 2020, Plaintiff amended his complaint to include two additional defendants, Jones Lang LaSalle Americas Inc. and ABM Industries Incorporated.

On November 25, 2020, due to delays not reasonably within the control of any party, the parties stipulated to amend the Court's original Order Setting Trial Date and Related Dates (Dkt. 11, Apr. 24, 2020) by extending the trial date and related deadlines by four months (Dkt. 29, ordered by Dkt. 30). In an attempt to minimize the delays, the parties have stipulated to various additional extensions over the course of this litigation: once to amend the deadline to join additional parties (Dkt. 13, ordered by Dkt. 14); once to extend the deadline to amend Plaintiff's complaint (Dkt. 15, ordered by Dkt. 16); and once to extend the deadline for expert witness disclosure (Dkt. 31, ordered by Dkt. 32).

Since that time, the parties have continued to work diligently to move this case forward but have not been able to proceed as swiftly as they would like. The reason for this request for continuance is that the parties need additional time to complete their discovery and expert witness disclosure. Defendant ABM, which was just added to this case in August 2020, has only just obtained a signed release for Plaintiff's medical records and needs time to obtain those records. Defendant JLL was also added to this case in August, and faces the additional difficulty of having just substituted its counsel (Dkt. 35, ordered by Dkt. 36).

Therefore, in the interest of allowing each party adequate time to fully develop its case, the parties stipulate to continue the trial date and corresponding case schedule deadlines that have not yet passed by 90 (ninety) days. The new proposed deadlines are set forth below:

**JURY TRIAL DATE**                                              **November 29, 2021**

Stipulated Motion to Amend Order Setting Trial Date and
Related Dates – 2
Case: 2:20-CV-00358-RSM

REED McCLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98161-1087
(206) 292-4900; FAX (206) 223-0152

032491.000013 D'Haiti C20-1258 stip order amd trial date

| | |
|---|---|
| Length of Trial | 4 days |
| Plaintiff's Expert Witness Disclosure/Reports under FRCP 26(a)(2) due | June 10, 2021 |
| Defendants' Expert Witness Disclosure/Reports under FRCP 26(a)(2) due | July 8, 2021 |
| Rebuttal Expert Disclosures | August 5, 2021 |
| Deadline for filing motions related to discovery. Any such motions shall be noted for consideration pursuant to LCR 7(d)(3) | July 9, 2021 |
| Discovery completed by | July 29, 2021 |
| All dispositive motions and motions challenging expert witness testimony must be filed by | August 25, 2021 |
| All motions *in limine* must be filed by | October 26, 2021 |
| Agreed pretrial order due | November 8, 2021 |
| Pretrial conference to be scheduled by the Court. | Set by the Court |
| Trial briefs, proposed voir dire questions, jury instructions, neutral statement of the case, and trial exhibits due | November 18, 2021 |

Stipulated Motion to Amend Order Setting Trial Date and Related Dates – 3
Case: 2:20-CV-00358-RSM

032491.000013 D'Haiti C20-1258 stip order amd trial date

REED MCCLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98161-1087
(206) 292-4900; FAX (206) 223-0152

**IT IS SO STIPULATED this 9th day of March, 2021:**

| EMERALD LAW GROUP, PLLC | HOLT WOODS & SCISCIANI LLP |
|---|---|
| */s/ Donna L. Mack* | */s/ Kelsey L. Shewbert* |
| Donna L. Mack, WSBA No. 30875 | Anthony R. Scisciani III, WSBA No. 32342 |
| Attorney for Plaintiff | Kelsey L. Shewbert, WSBA No. 51214 |
| | Charissa R. Williams, WSBA No. 54879 |
| | Attorneys for Philips North America LLC d/b/a Philips Healthcare |

| REED McCLURE | GARDNER TRABOLSI & MORDEKHOV PLLC |
|---|---|
| */s/ Jason E. Vacha* | */s/ David D. Mordekhov* |
| Jason E. Vacha, WSBA #34069 | David D. Mordekhov, WSBA No. 32900 |
| Attorney for Defendant ABM Industries Inc. | Attorney for Jones Lang LaSalle America, Inc. |

**ORDER**

IT IS HEREBY ORDERED that the trial date and all corresponding deadlines will be continued for ninety (90) days according to the schedule above.

DATED this 9th day of March, 2021.

[signature]

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Stipulated Motion to Amend Order Setting Trial Date and Related Dates – 4
Case: 2:20-CV-00358-RSM

032491.000013 D'Haiti C20-1258 stip order amd trial date

REED McCLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98161-1087
(206) 292-4900; FAX (206) 223-0152

Presented by:

REED McCLURE

*/s/ Jason E. Vacha*_____
Jason E. Vacha, WSBA #34069
Attorney for Defendant ABM Industries Inc.

EMERALD LAW GROUP, PLLC

*/s/ Donna L. Mack*_____
Donna L. Mack, WSBA No. 30875
Attorney for Plaintiff

HOLT WOODS & SCISCIANI LLP

*/s/ Kelsey L. Shewbert*_____
Anthony R. Scisciani III, WSBA No. 32342
Kelsey L. Shewbert, WSBA No. 51214
Charissa R. Williams, WSBA No. 54879
Attorneys for Philips North America LLC d/b/a Philips Healthcare

GARDNER TRABOLSI & MORDEKHOV PLLC

*/s/ David D. Mordekhov*_____
David D. Mordekhov, WSBA #32900
Attorney for Jones Lang LaSalle America, Inc.

Stipulated Motion to Amend Order Setting Trial Date and
Related Dates – 5
Case: 2:20-CV-00358-RSM

032491.000013 D'Haiti C20-1258 stip order amd trial date

REED M<sup>c</sup>CLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98161-1087
(206) 292-4900; FAX (206) 223-0152