THE HONORABLE JUDGE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| DERICK D'HAITI,<br><br>                          Plaintiff,<br><br>   v.<br><br>PHILIPS NORTH AMERICA LLC d/b/a PHILIPS HEALTHCARE, a Delaware limited-liability company; JONES LANG LASALLE AMERICAS, INC., a Maryland Corporation; ABM INDUSTRIES INCORPORATED, a Delaware corporation; ABC Company and XYZ Company,<br><br>                         Defendants. | NO. 2:20-CV-00358-RSM<br><br>STIPULATED MOTION TO DISMISS PHILIPS NORTH AMERICA LLC'S CROSSCLAIM AGAINST JONES LANG LASALLE AMERICAS, INC. AND ORDER<br><br>NOTE FOR HEARING: APRIL 1, 2021 WITHOUT ORAL ARGUMENT |

**STIPULATED MOTION FOR DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(c)(1) and Local Rule 10(g), Defendant Philips North America LLC ("Philips"), together with Plaintiff Derick D'Haiti, Defendant Jones Lang LaSalle Americas, Inc. ("JLL") and ABM Industries Inc. ("ABM") (collectively referred to as the "Parties"), by and through the undersigned counsel of record, respectfully move the Court to enter the stipulated Order as set forth below.

STIPULATED MOTION TO DISMISS PHILIPS NORTH AMERICA LLC'S CROSSCLAIM AGAINST JONES LANG LASALLE AMERICAS, INC. AND ORDER (CAUSE NO. 2:20-CV-00358-RSM) – Page 1

HOLT WOODS & SCISCIANI LLP
701 PIKE STREET, SUITE 2200
SEATTLE, WA 98101
P: (206) 262-1200  F: (206) 223-4065

## STIPULATION

Philips previously filed a crossclaim against JLL regarding JLL's alleged breach of contract and failure to provide contractual indemnity and defense. JLL has since accepted Philips tender of defense.

Therefore, the Parties hereby stipulate to the voluntary dismissal of Philips' crossclaim against JLL without costs or fees to either party.

**IT IS SO STIPULATED** this 1st day of April, 2021.

| EMERALD LAW GROUP, PLLC | HOLT WOODS & SCISCIANI LLP |
|---|---|
| By: *s/ Donna L. Mack*<br>Donna L. Mack, WSBA No. 30875<br>donna@emeraldlawgroup.com<br>Attorney for Plaintiff | By *s/ Anthony R. Biscisciani*<br>By *s/ Kelsey L. Shewbert*<br>Anthony R. Scisciani III, WSBA No. 32342<br>ascisciani@hwslawgroup.com<br>Kelsey L. Shewbert, WSBA No. 51214<br>kshewbert@hwslawgroup.com<br>Charissa R. Williams, WSBA No. 54879<br>cwilliams@hwslawgroup.com<br>Attorneys for Philips North America LLC |
| REED MCCLURE | GARDNER TRABOLSI & MORDEKHOV PLLC |
| By: *s/ Jason E. Vacha*<br>Jason E. Vacha, WSBA No. 34069<br>jvacha@rmlaw.com<br>Attorney for ABM Industries Inc. | By: *s/ David D. Mordekhov*<br>David D. Mordekhov, WSBA No. 32900<br>dnordekhov@gandtlawfirm.com<br>Attorney for Jones LaSalle Americas, Inc. |

//

//

//

//

STIPULATED MOTION TO DISMISS PHILIPS NORTH AMERICA LLC'S CROSSCLAIM AGAINST JONES LANG LASALLE AMERICAS, INC. AND ORDER
(CAUSE NO. 2:20-CV-00358-RSM) – Page 2

**HOLT WOODS & SCISCIANI LLP**
701 PIKE STREET, SUITE 2200
SEATTLE, WA 98101
P: (206) 262-1200  F: (206) 223-4065

**ORDER**

The Court, having received the Stipulated Motion to Dismiss Philips crossclaims against JLL, hereby orders that the stipulated motion is GRANTED.

**IT IS SO ORDERED**.

DATED this 2nd day of April, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO DISMISS PHILIPS NORTH AMERICA LLC'S CROSSCLAIM AGAINST JONES LANG LASALLE AMERICAS, INC. AND ORDER
(CAUSE NO. 2:20-CV-00358-RSM) – Page 3

**HOLT WOODS & SCISCIANI LLP**
701 PIKE STREET, SUITE 2200
SEATTLE, WA 98101
P: (206) 262-1200  F: (206) 223-4065

CERTIFICATE OF SERVICE

I certify under penalty of perjury under the laws of the State of Washington, that the following is true and correct:

I am employed by the law firm of Holt Woods & Scisciani LLP.

At all times hereinafter mentioned, I was and am a citizen of the United States of America, a resident of the State of Washington, over the age of eighteen (18) years, not a party to the above-entitled action, and competent to be a witness herein.

On the date set forth below I served the document(s) to which this is attached, in the manner noted on the following person(s):

| PARTY/COUNSEL | DELIVERY INSTRUCTIONS |
|---|---|
| **CO / Plaintiff**<br>Donna L. Mack<br>Emerald Law Group, PLLC<br>811 1st Avenue, Suite 510<br>Seattle, WA 98104-1428 | (   )  Via U.S. Mail<br>( X )  Via E-Mail<br>(   )  Via Facsimile<br>(   )  Via Overnight Mail<br>( X )  Via CM/ECF<br>donna@emeraldlawgroup.com |
| **CO / Defendant ABM Industries Incorporated**<br>Jason E. Vacha<br>Reed McClure<br>1215 Fourth Avenue, Suite 1700<br>Seattle, WA 98161-1087 | (   )  Via U.S. Mail<br>( X )  Via E-Mail<br>(   )  Via Facsimile<br>(   )  Via Overnight Mail<br>( X )  Via CM/ECF<br>jvacha@rmlaw.com |
| **CO / Defendant Jones LaSalle Americas, Inc.**<br>David D. Mordekhov<br>Gardner Trabolsi & Mordekhov PLLC<br>2200 Sixth Avenue, Suite 600<br>Seattle, WA 98121 | (   )  Via U.S. Mail<br>( X )  Via E-Mail<br>(   )  Via Facsimile<br>(   )  Via Overnight Mail<br>( X )  Via CM/ECF<br>dmordekhov@gandtlawfirm.com |

DATED this 1st day of April, 2021.

*s/ Jessica Heath*
Jessica Heath, Legal Assistant

STIPULATED MOTION TO DISMISS PHILIPS NORTH AMERICA LLC'S CROSSCLAIM AGAINST JONES LANG LASALLE AMERICAS, INC. AND ORDER
(CAUSE NO. 2:20-CV-00358-RSM) – Page 4

**HOLT WOODS & SCISCIANI LLP**
701 PIKE STREET, SUITE 2200
SEATTLE, WA 98101
P: (206) 262-1200  F: (206) 223-4065