|  |  |
|---|---|
|  | HONORABLE RICARDO S. MARTINEZ |

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DERICK D'HAITI,<br><br>    Plaintiff,<br><br>  vs.<br><br>PHILIPS NORTH AMERICA LLC d/b/a PHILIPS HEALTHCARE, a Delaware limited-liability company; JONES LANG LASALLE AMERICAS, INC., a Maryland Corporation; ABM INDUSTRIES INCORPORATED, a Delaware corporation; ABC Company and XYZ Company,<br><br>    Defendants. | NO. 2:20-CV-00358-RSM<br><br>STIPULATION AND PROPOSED ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL |

TO:  THE CLERK OF COURT

AND TO: ALL PARTIES AND COUNSEL OF RECORD

<u>STIPULATION</u>

  The parties, by and through their respective counsel, hereby stipulate to the withdrawal

of David D. Mordekhov of Gardner Trabolsi & Mordekhov and Ramona N. Hunter of Wilson

STIPULATION AND PROPOSED ORDER FOR WITHDRAWAL
AND SUBSTITUTION OF COUNSEL – 1
Case: 2:20-CV-00358-RSM

032491.000013 D'Haiti C20-358 stip order subst cnsl

REED McCLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98161-1087
(206) 292-4900; FAX (206) 223-0152

Elser Moskowitz Edelman & Dicker, LLP as Attorneys of Record for Defendant(s) Jones LaSalle Americas, Inc.

Further, the parties, by and through their respective counsel, hereby stipulate to the withdrawal of Anthony R. Scisciani and Kelsey L. Shewbert as Attorneys of Record for Philips North America d/b/a Philips Healthcare.

From this date forward, please send all pleadings, notice, calendars, and other communication concerning this case for Jones Lang LaSalle Americas, Inc. *and* Philips North America d/b/a Philips Healthcare to Jason E. Vacha, Reed McClure, 1215 Fourth Avenue, Suite 1700, Seattle, Washington 98164-1087.

WHEREAS, Plaintiff Derick D'Haiti represented by Donna L. Mack of Emerald Law Group, PLLC, stipulates to the withdrawal of David D. Mordekhov of Gardner Trabolsi & Mordekhov and Ramona N. Hunter of Wilson Elser Moskowitz Edelman & Dicker, LLP as counsel of record for Jones Lang LaSalle Americas, Inc**. *and*** stipulates to the withdrawal of Anthony R. Scisciani and Kelsey L. Shewbert as Attorneys of Record for Philips North America d/b/a Philips Healthcare.

PER LCR 83.2, the undersigned counsel stipulates to the Withdrawal of David D. Mordekhov and Ramona N. Hunter from this matter and the entry of Jason E. Vacha and the law firm of REED McCLURE as counsel for Jones Lang LaSalle Americas, Inc. in this matter.

PER LCR 83.2, the undersigned counsel also stipulates to the Withdrawal of Anthony R. Scisciani and Kelsey L. Shewbert from this matter and the entry of Jason E. Vacha and the law firm of REED McCLURE as counsel for Philips North America d/b/a Philips Healthcare in this matter.

STIPULATION AND PROPOSED ORDER FOR WITHDRAWAL
AND SUBSTITUTION OF COUNSEL – 2
Case: 2:20-CV-00358-RSM

032491.000013 D'Haiti C20-358 stip order subst cnsl

REED McCLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98161-1087
(206) 292-4900; FAX (206) 223-0152

IT IS SO STIPULATED this 24th day of May, 2021.

REED McCLURE

*/s/ Jason E. Vacha*
Jason E. Vacha, WSBA #34069
*Substituting* Attorney for Defendant Jones Lang LaSalle Americas, Inc. and Philips North America d/b/a Philips Healthcare

GARDNER TRABOLSI & MORDEKHOV PLLC

*/s/ David D. Mordekhov*
David D. Mordekhov, WSBA #32900
*Withdrawing* Attorney for Defendant Jones Lang LaSalle America, Inc.

WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP

*/s/ Ramona N. Hunter*
Ramona N. Hunter, WSBA #31482
*Withdrawing* Attorney for Defendant Jones Lang LaSalle America, Inc.

HOLT WOODS & SCISCIANI, LLP

*/s/ Kelsey L. Shewbert*
Anthony R. Scisciani III, WSBA #32342
Kelsey L. Shewbert, WSBA #51214
*Withdrawing* Attorneys for Philips North America LLC d/b/a Philips Healthcare

STIPULATION AND PROPOSED ORDER FOR WITHDRAWAL
AND SUBSTITUTION OF COUNSEL – 3
Case: 2:20-CV-00358-RSM

032491.000013 D'Haiti C20-358 stip order subst cnsl

REED McCLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98161-1087
(206) 292-4900; FAX (206) 223-0152

EMERALD LAW GROUP, PLLC

*/s/ Donna L. Mack*
Donna L. Mack, WSBA #30875
Attorney for Plaintiff

## ORDER

Based upon the above Stipulation, it is hereby ORDERED, ADJUDGED, and DECREED that David D. Mordekhov of Gardner Trabolsi & Mordekhov and Ramona N. Hunter of Wilson Elser Moskowitz Edelman & Dicker, LLP are hereby withdrawn as counsel for Defendant Jones Lang LaSalle Americas, Inc. in this matter and that Anthony R. Scisciani and Kelsey L. Shewbert are hereby withdrawn as counsel for Philips North America d/b/a Philips Healthcare,

AND, that Jason E. Vacha substitutes as the attorney of record for Defendants Jones Lang LaSalle Americas, Inc, and Philips North America d/b/a Philips Healthcare.

DATED this 26th day May, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE



Presented by:

REED McCLURE

*/s/ Jason E. Vacha*
Jason E. Vacha, WSBA #34069
*Substituting* Attorney for Defendant Jones Lang LaSalle Americas, Inc. and Philips North America d/b/a Philips Healthcare

GARDNER TRABOLSI & MORDEKHOV PLLC

*/s/ David D. Mordekhov*
David D. Mordekhov, WSBA #32900
*Withdrawing* Attorney for Defendant Jones Lang LaSalle America, Inc.

WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP

*/s/ Ramona N. Hunter*
Ramona N. Hunter, WSBA #31482
*Withdrawing* Attorney for Defendant Jones Lang LaSalle America, Inc.

HOLT WOODS & SCISCIANI, LLP

*/s/ Kelsey L. Shewbert*
Anthony R. Scisciani III, WSBA #32342
Kelsey L. Shewbert, WSBA #51214
*Withdrawing* Attorneys for Philips North America LLC d/b/a Philips Healthcare

EMERALD LAW GROUP, PLLC

*/s/ Donna L. Mack*
Donna L. Mack, WSBA #30875
Attorney for Plaintiff

STIPULATION AND PROPOSED ORDER FOR WITHDRAWAL
AND SUBSTITUTION OF COUNSEL – 5
Case: 2:20-CV-00358-RSM

032491.000013 D'Haiti C20-358 stip order subst cnsl

REED McCLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98161-1087
(206) 292-4900; FAX (206) 223-0152

STIPULATION AND PROPOSED ORDER FOR WITHDRAWAL
AND SUBSTITUTION OF COUNSEL – 6
Case: 2:20-CV-00358-RSM

032491.000013 D'Haiti C20-358 stip order subst cnsl

REED McCLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98161-1087
(206) 292-4900; FAX (206) 223-0152

# CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Donna L. Mack
Emerald law Group, PLLC
811 First Avenue, #510
Seattle, WA 98104
(206) 826-5160
donna@emeraldlawgroup.com

Anthony R. Scisciani, III
ascisciani@hwslawgroup.com
jheath@hwslawgroup.com

Kelsey Lynn Shewbert
kshewbert@hwslawgroup.com
ckramer@hwslawgroup.com
kshewbert@gmail.com

David D. Mordekhov
Gardner Trabolsi & Mordekhov, PLLC
2200 Sixth Avenue, #600
Seattle, WA 98121
(206) 256-6309
dmordekhov@gandtlawfirm.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

*N/A*

DATED: May 25, 2021.

/s/ Carolyn Lafferty
Carolyn Lafferty

STIPULATION AND PROPOSED ORDER FOR WITHDRAWAL
AND SUBSTITUTION OF COUNSEL – 7
Case: 2:20-CV-00358-RSM

032491.000013 D'Haiti C20-358 stip order subst cnsl

REED McCLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98161-1087
(206) 292-4900; FAX (206) 223-0152