HONORABLE RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DERICK D'HAITI,<br><br>    Plaintiff,<br><br>vs.<br><br>PHILIPS NORTH AMERICA LLC d/b/a PHILIPS HEALTHCARE, a Delaware limited-liability company; JONES LANG LASALLE AMERICAS, INC., a Maryland Corporation; ABM INDUSTRIES INCORPORATED, a Delaware corporation; ABC Company and XYZ Company,<br><br>    Defendants. | NO. 2:20-CV-00358-RSM<br><br>SECOND STIPULATED MOTION TO AMEND ORDER SETTING TRIAL DATE AND RELATED DATES<br><br>Motion Date: July 2, 2021 |

**STIPULATED MOTION**

Defendants Philips North America LLC ("Philips"), Jones Lang LaSalle Americas, Inc. ("JLL"), and ABM Industries Inc. ("ABM"), together with Plaintiff Derick D'Haiti (collectively referred to as "the Parties"), by and through the undersigned counsel of record, stipulate and move that the deadlines set by the Court's Order Granting Stipulated Motion to Amend Order Setting Trial Date and Related Dates (Dkt. 38, Mar. 9, 2021) should be amended to postpone the

SECOND STIPULATED MOTION TO AMEND ORDER SETTING
TRIAL DATE AND RELATED DATES – 1
Case: 2:20-CV-00358-RSM

032491.000013

REED McCLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98161-1087
(206) 292-4900; FAX (206) 223-0152

1 Trial Date & Related Dates until January 31, 2022. This Motion is made pursuant to LCR 10(g),
2 stipulation of the parties, and the following facts and argument.

3       Plaintiff in this matter alleges that on December 24, 2018, while working at a Philips
4 building, he slipped and fell on a freshly waxed floor and sustained injuries that he attributes to
5 Defendants' negligence. Dkt. 1. On August 8, 2020, Plaintiff amended his complaint to include
6 two additional defendants, Jones Lang LaSalle Americas Inc. and ABM Industries Incorporated.
7 P. First Amended Complaint, Dkt. 17.

8       On November 25, 2020, due to delays not reasonably within the control of any party, the
9 parties stipulated to amend the Court's original Order Setting Trial Date and Related Dates (Dkt.
10 11, Apr. 24, 2020) by extending the trial date and related deadlines by four months (Dkt. 29,
11 ordered by Dkt. 30). In an attempt to minimize the delays, the parties have stipulated to various
12 additional extensions over the course of this litigation: once to amend the deadline to join
13 additional parties (Dkt. 13, ordered by Dkt. 14); once to extend the deadline to amend Plaintiff's
14 complaint (Dkt. 15, ordered by Dkt. 16); once to extend the deadline for expert witness disclosure
15 (Dkt. 31, ordered by Dkt. 32); and once more to extend the trial date and all related dates (Dkt.
16 37, ordered by Dkt. 38).

17       Since that time, the parties made considerable progress in moving the case forward,
18 narrowing the issues before the Court, and ideally moving toward settlement. On April 2, 2021,
19 the Parties stipulated to dismiss Defendant Phillips' crossclaim against Defendant JLL (Dkt. 40,
20 ordered by same Dkt.). On May 25, 2021, the Parties stipulated to the withdrawal of prior counsel
21 for JLL and Phillips and substituted Jason E. Vacha and Reed McClure, who is now attorney of
22 record for all defendants (Dkt. 41, ordered by Dkt. 42). While the remaining parties are confident
23 that this consolidation will streamline the case and serve judicial efficiency, it also means that
24 defense counsel requires additional time for discovery on his new clients' behalf.
25

SECOND STIPULATED MOTION TO AMEND ORDER SETTING
TRIAL DATE AND RELATED DATES – 2
Case: 2:20-CV-00358-RSM

032491.000013

REED McCLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98161-1087
(206) 292-4900; FAX (206) 223-0152

Therefore, in the interest of allowing each party adequate time to fully develop its case, the parties stipulate to continue the trial date and corresponding case schedule. The new proposed deadlines are set forth below:

| | |
|---|---|
| **JURY TRIAL DATE** | **January 31, 2022** |
| Length of Trial | 4 days |
| Plaintiff's Expert Witness Disclosure/Reports under FRCP 26(a)(2) due | August 10, 2021 |
| Defendants' Expert Witness Disclosure/Reports under FRCP 26(a)(2) due | September 10, 2021 |
| Rebuttal Expert Disclosures | October 5, 2021 |
| Deadline for filing motions related to discovery. Any such motions shall be noted for consideration pursuant to LCR 7(d)(3) | September 9, 2021 |
| Discovery completed by | September 29, 2021 |
| All dispositive motions and motions challenging expert witness testimony must be filed by | October 25, 2021 |
| All motions *in limine* must be filed by | December 30, 2021 |
| Agreed pretrial order due | January 7, 2022 |
| Pretrial conference to be scheduled by the Court. | Set by the Court |
| Trial briefs, proposed voir dire questions, jury instructions, neutral statement of the case, and trial exhibits due | January 20, 2022 |

SECOND STIPULATED MOTION TO AMEND ORDER SETTING
TRIAL DATE AND RELATED DATES – 3
Case: 2:20-CV-00358-RSM

032491.000013

REED McCLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98161-1087
(206) 292-4900; FAX (206) 223-0152

IT IS SO STIPULATED this 1st day of July, 2021:

| EMERALD LAW GROUP, PLLC | REED McCLURE |
|---|---|
| */s/ Donna L. Mack* | */s/ Jason E. Vacha* |
| Donna L. Mack, WSBA #30875 | Jason E. Vacha, WSBA #34069 |
| Attorney for Plaintiff | Attorney for Defendants Philips North America LLC d/b/a Philips Healthcare; LaSalle Americas, Inc.; and ABM Industries Inc. |

## ORDER

IT IS HEREBY ORDERED that the trial date and all corresponding deadlines will be continued approximately 60 days and the trial date reset to January 31, 2022, according to the schedule above.

DATED this 2nd day of July, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

REED McCLURE

*/s/ Jason E. Vacha*
Jason E. Vacha, WSBA #34069
Attorney for Defendants Philips North America LLC d/b/a Philips Healthcare; LaSalle Americas, Inc.; and ABM Industries Inc.

EMERALD LAW GROUP, PLLC

*/s/ Donna L. Mack*
Donna L. Mack, WSBA No. 30875
Attorney for Plaintiff

SECOND STIPULATED MOTION TO AMEND ORDER SETTING TRIAL DATE AND RELATED DATES – 4
Case: 2:20-CV-00358-RSM

032491.000013

REED McCLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98161-1087
(206) 292-4900; FAX (206) 223-0152