UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DERICK D'HAITI,<br><br>                Plaintiff,<br>      v.<br><br>PHILIPS NORTH AMERICA LLC ET AL.,<br><br>                Defendants. | CASE NO. 2:20-cv-00358-TL<br><br>ORDER |

This matter is before the Court on the Parties' stipulation of dismissal (Dkt. No. 51). Pursuant to Federal Rule of Civil Procedure 41(a), it is hereby ORDERED that this action is dismissed with prejudice and without costs.

The pending Motion to Enforce Settlement Agreement (Dkt. No. 51) is also hereby STRICKEN as moot.

//

//

//

ORDER - 1

IT IS SO ORDERED.

Dated this 22nd day of February 2022.

_____
Tana Lin
United States District Judge

ORDER - 2